**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| TRACY L. KOSMAN, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **Case No.  07-2223 JTM** |
| **NORAMTECH CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER FOR INSPECTION AND REPRODUCTION OF
RECORDS OF THE KANSAS HUMAN RIGHTS COMMISSION**

This matter is before the Court on the Defendant's Motion (Doc. 4) for an Order compelling the Kansas Human Rights Commission ("KHRC") to produce for inspection and copying all documents pertaining to the charge filed by Plaintiff Tracy L. Kosman against Defendant Noramtech Corporation (KHRC Case No. 563-2006-02234).

After being fully and duly advised in the premises, the Court finds that the requested documents are relevant and discoverable, subject to the Court's review of any objections that may be filed by the KHRC.  The KHRC shall produce such documents for inspection and copying by Defendant.  The KHRC, however, may, upon review of its file (1) withhold from production any documents that are deliberative or conciliatory in nature or that are the work product of a KHRC attorney; and (2) file objections to producing any other documents that the KHRC contends it has a legal basis not to produce.  Any such objections shall be filed with the Court and served on the parties herein within twenty (20) days of the date of this Order.

IT IS THEREFORE ORDERED that Defendant's Motion for an order directing the KHRC to release said records is GRANTED, and the KHRC shall produce for inspection by Defendant all records pertaining to the charge filed by Plaintiff against Defendant (KHRC Case No. 563-2006-02234), subject to the qualifications set forth in the preceding paragraph.  The KHRC shall allow copies of the same to be made at Defendant's expense.

IT IS SO ORDERED.

Dated this 11th day of June, 2007.

s/   DONALD W. BOSTWICK

Donald W. Bostwick, U.S. Magistrate Judge